## Ex Parte Dávila.

Apelación procedente de la Corte de Distrito de San Juan.

No. 76.—Resuelto en mayo 12, 1904.

Dominio—Título Escrito o Inscribible.—El medio supletorio para justificar el dominio de los inmuebles, por virtud del expediente a que se refiere el título XIV de la Ley Hipotecaria, puede ser utilizado por los propietarios que carezcan de título escrito de dominio, así como por aquellos que teniendo títulos no sean susceptibles de inscribirse en el registro, pero en este último caso es necesario demostrar los motivos que impidan la inscripción del título.(*)

510—512

Id.—Posesión para Adquirirlo—Título—Prescripción.—Para adquirir por la prescripción ordinaria el dominio de los inmuebles, es necesario probar precisamente el tiempo de posesión, así como la naturaleza del título 'con que se posea.

### EXPOSICIÓN DEL CASO.

En los autos seguidos en el Tribunal de Distrito de San Juan, por el Abogado Don Emigdio S. Ginorio, a nombre de Don Casimiro Dávila y Rodríguez, sobre acreditar el dominio de una finca rústica; autos pendientes ante nos a virtud del recurso de apelación interpuesto por el promovente contra la sentencia pronunciada por el referido tribunal de distrito, la que copiada a la letra dice así:

"San Juan, P. R., junio 1 de 1903.

"*Resultando:* que el abogado Don Emigdio S. Ginorio solicita a nombre de Don Casimiro Dávila y Rodríguez que' se declare á su favor el dominio de un predio rústico de 36 cuerdas de extensión radicado en el barrio de Barrasa de la Carolina, 'por carecer de título de dominio inscribible.'

"*Resultando:* que el presente expediente se ha sustanciado con audiencia del Fiscal y llenándose las demás formalidades de la ley.

"*Considerando:* que sólo pueden acudir al medio supletorio de justificar su dominio, mediante el expediente que autoriza el Título XIV de la Ley Hipotecaria, los propietarios.que carezcan de título escrito de dominio, y si bien puede invocarse que el título no inscribible en absoluto, debe equipararse a la carencia del mismo, es lo cierto que no se ha demostrado, ni siquiera alegado, qué motivos impiden la inscripción del título, si es que existe.

"*Visto* el artículo 395 de la Ley Hipotecaria. No ha lugar a declarar justificado el dominio que se interesa. Lo acordó y firma el tribunal. Certifico: Juan Morera Martínez, Frank H. Richmond, José Tous Soto. Luis Méndez Vaz."

*Resultando*: que contra esta sentencia interpuso apelación la representación del promovente Don Casimiro Dávila, la que le fué admitida libremente y en ambos efectos.y que elevados los autos a esta Superioridad con citación y emplaza-

miento de las partes, y personada la apelante, se dió al recurso (*) la tramitación correspondiente y se señaló día para la vista, a cuyo acto asistió el Fiscal de este Tribunal Supremo, que impugnó el recurso.

Abogado del apelante: *Sr. Emigdio S. Ginorio.*

Abogado del Pueblo: *Sr. Emilio del Toro, Fiscal.*

EL JUEZ PRESIDENTE SR. QUIÑONES, después de exponer los hechos anteriores, emitió la opinión del tribunal.

*Aceptando* los fundamentos de hecho de la sentencia apelada.

*Resultando además,* que los testigos Don Antonio Mellado y Báez, Don José Alvarez García y Don Carlos Davis Illarrasa, presentados por la parte promovente, sólo declararon que era cierto y les constaba que hacía algún tiempo que su presentante Don Casimiro Dávila y Rodríguez era dueño en pleno dominio, quieta y pacíficamente, de las 36 cuerdas de terrenos señaladas en el escrito del promovente y que las adquirió en la proporción, de las personas y por los conceptos expresados en el mencionado escrito.

*Aceptando* igualmente los fundamentos de derecho de la expresada sentencia.

*Considerando:* que a mayor abundamiento no procede dictarse la declaratoria de dominio que interesa el promovente Don Casimiro Dávila, toda vez que los testigos presentados sólo declaran que es dueño en pleno dominio de las 36 cuerdas de terreno de que se trata, pero sin determinar precisamente el tiempo que lleva de posesión, ni el que poseyeron sus antecesores, ni si tenían o nó título, y cual fuera, requisitos todos necesarios para probar la adquisición, por prescripción, del dominio de los bienes inmuebles.

*Vistos* el artículo 395 de la Ley Hipotecaria y los 1940, 1941 y 1954 del antiguo Código Civil y la Orden Judicial de 4 de abril de 1899.

*Fallamos*: que debemos confirmar y confirmamos la sentencia apelada, con las costas al apelante.

Jueces concurrentes: Sres. Hernández, Figueras, Sulzbacher y MacLeary. (*)